■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUES DORCINVIL, Appellant. [49 NYS3d 923]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 19, 2014 (*People v Dorcinvil*, 122 AD3d 874 [2014]), affirming a judgment of the Supreme Court, Kings County, rendered December 16, 2009.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Leventhal, J.P., Sgroi, Duffy and LaSalle, JJ., concur.